**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

PHILLIP KRUITWAGEN, derivatively on behalf of MGP INGREDIENTS, INC.,

Plaintiff,

v.

DAVID BRATCHER, et al.,

Defendants.

and

MGP INGREDIENTS, INC.,

Nominal Defendant.

Case No. 25-2262-JWB-BGS

**ORDER GRANTING MOTION TO STAY**

This matter comes before the Court on the parties' Joint Motion to Stay. Doc. 11. The motion states a stay "would promote economy of time, resources, and effort for the Court, for counsel, and for litigants, in light of the overlap between this Action and the Securities Action." Doc. 11, at 2. After review of the motion, the Court **GRANTS** the requested stay.[1]

The decision to stay discovery lies within the trial court's sound discretion. *Diaz v. Paul J. Kennedy Law Firm*, 289 F.3d 671, 674 (10th Cir. 2002). The court may exercise "its discretion to provide 'economy of time and effort for itself, for counsel, and for litigants.'" *See Beltronics USA, Inc. v. Midwest Inventory Distribution LLC*, 545 F. Supp. 2d 1188, 1189 (D. Kan. 2008) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Considering the procedural posture of the related securities class action case and the impact the motion to dismiss in that case may have on this underlying shareholder

[1] The Court notes that the related Securities Action and related consolidated derivative actions have also been stayed. *See* Case No. 25-2153, at Doc. 80; Case No. 25-2034, at Doc. 35.

derivative action, the Court agrees that temporarily staying this action is warranted and will conserve the Court's and the parties' resources.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Stay, Doc. 11, is **GRANTED**. All pretrial proceedings in this case, including filing responsive pleadings, scheduling discovery, and setting deadlines, are stayed under the terms set out above.

**IT IS FURTHER ORDERED** that within 14 days of the Court's ruling on Defendants' motion to dismiss in the related Securities Class Action, the parties must submit a joint status report with their proposed plan to move this Derivative Action forward.

**IT IS SO ORDERED.**

Dated July 28, 2025, at Wichita, Kansas.

/s/ BROOKS SEVERSON
Brooks G. Severson
United States Magistrate Judge